UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN P. MARQUARDT,

Plaintiff,

v. Case No.: 2:26-cv-2632-SPC-KRH

BLAIRE DAFFENETE,

Defendant.
_______________________________/

**ORDER**

Before the Court is Plaintiff John P. Marquardt's unsigned and incomprehensible complaint (Doc. 1). Every pleading, written motion, and other paper filed with the Court must be signed by an attorney or *pro se* party. Fed. R. Civ. P. 11(a). The Court thus strikes the unsigned complaint. Accordingly, the Clerk is **DIRECTED** to **strike** Marquardt's unsigned complaint (Doc. 1) and close this case. Marquardt may commence an action by filing a signed complaint that complies with Federal Rules of Civil Procedure 8 and 10.

**DONE** and **ORDERED** in Fort Myers, Florida on September 28, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record